FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _sh__ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE SPEARS, | Case No. EDCV 12-01878-RGK (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that Judgment shall be entered dismissing the action with prejudice.

DATED: December 20, 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE